

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,642-02

**EX PARTE RUSSEL BRADLEY TURNER, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. A-15-1010-SB-W-1 IN THE 51st DISTRICT COURT
## FROM TOM GREEN COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Applicant's memorandum of law seems to be missing. Applicant states that he filed a 42 page memorandum of law that is not included in the record sent to this Court. The trial court indicates that it also did not receive that memorandum

of law before it signed its findings of fact.

The district clerk shall either forward to this Court the memorandum of law, or certify in writing that it is not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: May 17, 2022
Do not publish